IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CESAREZ, | No. CIV S-07-2541-FCD-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| YOLO COUNTY SUPERIOR COURT, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, who is proceeding pro se, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Final judgment was entered on February 19, 2008.  Both this court and the Ninth Circuit Court of Appeals denied petitioner's request for a certificate of appealability.  Now pending before the court is petitioner's "Motion for Summary Judgment" (Doc. 20).  Because final judgment has been entered and petitioner has not been granted leave to appeal, there is no relief the court can grant.  Petitioner's filing will be stricken and no further submissions will be considered in this closed docket.

/ / /

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that petitioner's "Motion for Summary
2  Judgment" (Doc. 20) is stricken.

5  DATED: October 1, 2009

```
                                    _____
                                    CRAIG M. KELLISON
                                    UNITED STATES MAGISTRATE JUDGE
```